UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL LYNN FORD                                                                                    PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:23-CV-504-DPJ-ASH

COMMISSIONER OF SOCIAL SECURITY                                                    DEFENDANT

ORDER OF REMAND

This social-security appeal is before the Court on the Report and Recommendation of Magistrate Judge Andrew S. Harris [13]. Plaintiff Michael Lynn Ford appealed the Commissioner's dismissal of his claim for disability-insurance benefits. On June 24, 2024, Judge Harris, in his thorough Report and Recommendation, recommended reversal of the Commissioner's decision and remand for further proceedings. Objections to the Report and Recommendation were due July 8, 2024, but none were filed by that date. *See* 28 U.S.C. § 636(b)(1)(C) (allowing 14 days to "serve and file" objections).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983). Having reviewed the Report and Recommendation, the Court hereby adopts it. This matter is remanded to the Commissioner for proceedings consistent with the Report and Recommendation [13].

**SO ORDERED AND ADJUDGED** this the 16th day of July, 2024.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE